IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

ERNEST TYRELL FRIAR, JR.                                                    PLAINTIFF

v.                              No. 1:14-cv-20-DPM-BD

JACKSON COUNTY SHERIFF
DEPARTMENT                                                                  DEFENDANT

ORDER

The Court warned Friar that if he did not submit a complete application for leave to proceed *in forma pauperis*, and update his address, by 11 June 2014, the Court would dismiss his complaint without prejudice. № 7. Friar hasn't updated his address or filed a new motion to proceed *in forma pauperis*, and the time to do so has passed. Friar's complaint is therefore dismissed without prejudice for failure to prosecute. Local Rule 5.5(c)(2).

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

30 June 2014