# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

ERNEST TYRELL FRIAR, JR.                                  PLAINTIFF

v.                             No. 1:14-cv-20-DPM

JACKSON COUNTY SHERIFF
DEPARTMENT                                               DEFENDANT

## JUDGMENT

Friar's complaint is dismissed without prejudice.


_____
D.P. Marshall Jr.
United States District Judge

30 June 2014